This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CITY OF FARMINGTON**,

    Plaintiff-Appellee,

v.                                                                  **NO. 34,959**

**BERNADETTE FONTENELLE,**

    Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Karen L. Townsend, District Judge**

City of Farmington
Jennifer Breakell
Farmington, NM

for Appellee

Harry Kassakhian
Irvine, CA

L. Helen Bennett
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

{1}     Appellant Bernadette Fontenelle (Defendant) appeals her conviction for first aggravated DWI (refusal). [RP 132] Our notice proposed to affirm, and in response Defendant filed a "notice of intent not to file a memorandum in opposition to proposed summary affirmance." Accordingly, for the reasons extensively detailed in our notice, we affirm.

{2}     **IT IS SO ORDERED.**

_____
**RODERICK T. KENNEDY, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Chief Judge**

_____
**JAMES J. WECHSLER, Judge**